# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

**JUDGMENT IN A CIVIL CASE**

RICHARD JOHN GEISE,

    Plaintiff

**V.**        Case No. 04-3532-CV-S-RED-P

BILL HEDRICK, et al,

    Defendants

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: this case is dismissed with prejudice. (RED)(dw)

Entered on: 10/25/05

                P.L. BRUNE
                CLERK OF COURT

                D.M. WEINZERL
                (By) Deputy Clerk